David A. Tango, Esq.
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
One Riverfront Plaza, Suite 800
Newark, New Jersey 07102
(973) 577-6260
(973) 577-6261 (fax)
David.Tango@lewisbrisbois.com
*Attorneys for Defendant*
*Allstate Power Vac, Inc.*
*d/b/a ACV Enviro Corporation*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| NORMA VARELA, <br><br> Plaintiff, <br><br> ABRAHIM RADWAN <br><br> Plaintiff, <br><br> v. <br><br> ALLSTATE POWER VAC, INC. d/b/a ACV ENVIRO CORPORATION, CORPORATIONS 1-5 and JOHN DOES 6-10, <br><br> Defendants. | Case No. 19-cv-20019 <br><br><br> **STIPULATION OF PARTIAL DISMISSAL WITH PREJUDICE AND CONSENT TO REMAND** |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the parties herein that. Plaintiffs' claims under the Fair Labor Standards Act ("FLSA") for the alleged failure to pay overtime, as set forth in the Count Three of the Complaint, and retaliation/unlawful adverse employment action, as set forth in the Count Four of the Complaint, are dismissed with prejudice, and without costs and fees; and

IT IS FURTHER STIPULATED AND AGREED that, based on the stipulated dismissal with

prejudice of Plaintiffs' FLSA claims as set forth in Counts Three and Four of the Complaint, the parties

consent to the remand of this action to Superior Court of New Jersey, Law Division, Union County,

from which it was removed.

DATED:  December 2, 2019

FORMAN, CARDONSKY & TSINMAN,    LEWIS BRISBOIS BISGAARD & SMITH LLP
ESQ.

By:___ /s/ Samuel Tsinman_____   By: ___ /s/ David A. Tango_____
    Samuel Tsinman, Esq.       David A. Tango, Esq.
    701 Westfield Avenue       One Riverfront Plaza, Suite 800
    Elizabeth, NJ 07208       Newark, NJ 07102
    (908) 353-6500       (973) 577-6260
    sam@formanfirm.com       David.Tango@lewisbrisbois.com
    *Attorneys for Plaintiffs*       *Attorneys for Defendant*
                *Allstate Power Vac, Inc. d/b/a*
                *ACV Enviro Corporation*

**SO ORDERED:**

_____
**Hon. Esther Salas, U.S.D.J.**

**Dated:** December 3, 2019